IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHERINE MCNEAL,

      Appellant,

v.

NORTHEAST FLORIDA
STATE HOSPITAL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4250

Opinion filed February 25, 2015.

An appeal from an order of the Division of Administrative Hearings.
E. Gary Early, Administrative Law Judge.

Nancy A. Daniels, Public Defender, and Colleen D. Mullen, Assistant Public Defender, Tallahassee, for Appellant.

J. Melton Bessinger, Jr. of N.E.F.S.H., MacClenny, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.